UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| PATRICK BROUSSARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DEPARTMENT OF AVIATION and LOCAL 1107 SEIU,<br><br>　　　　Defendants. | 2:10-CV-01284-PMP-RJJ<br><br>**ORDER** |

　　　　The Court having read and considered Defendant SEIU, Local 1107's Motion to Dismiss (Doc. #15), filed on November 4, 2010, Plaintiff Broussard's Letter Response (Doc. #19) filed November 17, 2010, and Defendant Local 1107 SEIU's Reply Memorandum (Doc. #20), and finding that Plaintiff Broussard's Complaint if vague and conclusionary and fails to state a plausible claim upon which relief could be granted against Defendant Local 1107 SEIU, and good cause appearing,

　　　　**IT IS ORDERED that** Defendant SEIU, Local 1107's Motion to Dismiss (Doc. #15) is **GRANTED**.

DATED: November 29, 2010.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　United States District Judge