UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| PATRICK BROUSSARD,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DEPARTMENT OF AVIATION and LOCAL 1107 SEIU,<br><br>    Defendants. | 2:10-CV-01284-PMP-RJJ<br><br>**ORDER** |

    Before the Court for consideration is Defendant Clark County Department of Aviation's Motion to Dismiss Plaintiff's Complaint with Prejudice (Doc. #17) filed November 15, 2010. Plaintiff has failed to file an opposition to Defendant's motion and in accord with the Local Rules of Practice of this Court, therefore consents to the granting of Defendant's Motion to Dismiss. Moreover, a review of Defendant's Motion to Dismiss shows that Defendant is entitled to the relief requested on the merits.

    **IT IS THEREFORE ORDERED** that Defendant Clark Count Department of Aviation's Motion to Dismiss Plaintiff's Complaint with Prejudice (Doc. #17) is GRANTED.

DATED: December 6, 2010.

_____
PHILIP M. PRO
United States District Judge