UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| PATRICK BROUSSARD, | ) | |
| Plaintiff, | ) ) | 2:10-CV-01284-PMP-RJJ |
| vs. | ) ) | **ORDER** |
| CLARK COUNTY DEPARTMENT OF AVIATION and LOCAL 1107 SEIU, | ) ) ) ) | |
| Defendants. | ) ) ) | |

Before the Court for consideration is Plaintiff Patrick Broussard's Motion for District Judge to Reconsider (Doc. #24), filed on December 7, 2010, and Defendants' Response in Opposition thereto (Doc. #25) filed December 14, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff Patrick Broussard's Motion for District Judge to Reconsider (Doc. #24) is DENIED.

DATED: December 28, 2010.

_____
PHILIP M. PRO
United States District Judge